IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Jason Boyle<br>      Debtor.<br><br>Nationstar Mortgage LLC<br>      Movant,<br>v.<br>Jason Boyle<br>      Debtor,<br><br>Frederick L. Reigle, Trustee,<br>      Additional Respondent. | CHAPTER 13<br><br>BANKRUPTCY CASE NUMBER<br>15-18773/REF<br><br>11 U.S.C. § 362<br><br>July 20, 2017  at 9:30 AM<br><br>Courtroom # 1 |

### NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

Nationstar Mortgage LLC has filed a Motion to Approve the Loan Modification with the Court.

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult an attorney.)**

1. If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before July 7, 2017 you or your attorney must do all of the following:

    (a) file an Answer explaining your position at United States Bankruptcy Court, 400 Washington Street, The Madison, Courtroom 1, 3rd Floor, Reading, PA 19601.

If you mail your Answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

    (b) mail a copy to Movant's attorney:
    Kevin S. Frankel, Esquire
    Shapiro & DeNardo, LLC
    3600 Horizon Drive, Suite 150, King of Prussia, PA 19406
    Phone: (610)278-6800
    Fax: (847) 954-4809

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

3. A hearing on the motion is scheduled to be held before the HONORABLE RICHARD E. FEHLING on July 20, 2017 at 9:30 AM in Courtroom #1, United States Bankruptcy Court, 400 Washington Street, The Madison, Courtroom 1, 3rd Floor, Reading, PA 19601.

4. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5. You may contact the Bankruptcy Clerk's office at (610) 208-5040 to find out whether the hearing has been canceled because no one filed an Answer.

                                                                   Respectfully submitted,

Dated:  June 20, 2017                             BY: /s/ Kevin S. Frankel
                                                    Kevin S. Frankel, Esquire
                                                    Shapiro & DeNardo, LLC
                                                    3600 Horizon Drive, Suite 150
                                                    King of Prussia, PA 19406
                                                    (610)278-6800/ fax (847) 954-4809
S&D File #:16-054297                          PA BAR ID #318323
                                                    pabk@logs.com